Lisa J. Ludwig, OSB #953387
Attorney at Law
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570 / Fax: (503) 217-5510
Lisa@L2R2Law.com

CJA Panel Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>     ) <br>  Plaintiff,    ) <br>     ) <br> vs.    ) <br>     ) <br> CALEB EHLERS,   ) <br>     ) <br>  Defendant.    ) <br>     ) | No. 3:20-cr-00243-JO-1 <br><br> **UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND WAIVER OF SPEEDY TRIAL** |

The defendant, Caleb Ehlers, through counsel, Lisa J. Ludwig, moves the Court to enter an Order continuing the trial date in the above-captioned case to a date convenient for the Court and parties for approximately 30 days. A jury trial is currently scheduled for April 20, 2021. This motion constitutes Mr. Ehler's third request to continue the trial date, and through their counsel does not opposes this motion.

I have contacted AUSA Parakram Singh and on behalf of the government he has no objection to this short continuance.

The defendant, Caleb Elhers, through counsel, Lisa J. Ludwig, has been advised by undersigned counsel of his right to speedy trial under 18 U.S.C. § 3161 and the Sixth Amendment to the United States Constitution. Mr. Elhers waives his right to speedy trial in this case, 3:20-cr-00243-JO-1. Mr. Ehlers has authorized his Counsel to submit this waiver for the current trial date of April 20, 2021 for 30 days.

Page 1    –    UNOPPOSED MOTION TO CONTINUE AND WAIVER OF SPEEDY TRIAL

This motion is supported by declaration, which is included with it and made a part of it by reference.

RESPECTFULLY SUBMITTED this 12th day of April 2021.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387